# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| Brian Weitz, | Case No. 8:20-cv-01488-JLS-KES |
| Plaintiffs, | |
| vs. | **ORDER DISMISSING CASE** |
| Synchrony Bank, a Utah corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court, having reviewed the parties' Stipulation to Dismiss (Doc. 36), HEREBY ORDERS THAT the above-captioned action is dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: June 14, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE